```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  TRAVELERS CASUALTY AND SURETY
    COMPANY OF AMERICA, a
12  Connecticut corporation,
13                   Plaintiff,
14         v.                              CIV. NO. S-07-2493 LKK/DAD
15  SIDNEY B. DUNMORE, an individual;
    SID DUNMORE TRUST DATED FEBRUARY
16  28, 2003, a California trust;
    SIDNEY B. DUNMORE, Trustee for
17  Sid Dunmore Trust Dated February
    28, 2003; DHI DEVELOPMENT, a
18  California corporation,
19                   Defendants.
                                        /
20
    TRAVELERS CASUALTY AND SURETY
21  COMPANY OF AMERICA,
22                   Plaintiff,
23         v.                              CIV. NO. S-08-0366 FCD/KJM
24  COMERICA BANK,
                     Defendant.
25                                      /
26
```

```
 1  TRAVELERS CASUALTY AND SURETY
    COMPANY OF AMERICA,
 2
                    Plaintiff,
 3
          v.                              CIV. NO. S-08-0369 GEB/EFB
 4
    RBC CENTURA BANK,
 5
                    Defendant.
 6  _____/
    TRAVELERS CASUALTY AND SURETY
 7  COMPANY OF AMERICA,

 8                  Plaintiff,

 9        v.                              CIV. NO. S-08-0373 LKK/KJM

10  KEYBANK NATIONAL ASSOCIATION,
                                          NON-RELATED CASE ORDER
11
                    Defendant.
12
    _____/
13
```

14      The court is in receipt of the Notice of Related Cases

15 concerning the above-captioned cases filed March 14, 2008.  After

16 consideration, the court has determined that it is inappropriate

17 to relate or reassign the cases, and therefore declines to do so.

18 This order is issued for informational purposes only, and shall

19 have no effect on the status of the cases, including any previous

20 Related (or Non-Related) Case Order of this court.

21      IT IS SO ORDERED.

22      DATED: March 18, 2008.

                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT